NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 938

IN RE ZIMMER HOLDINGS, INC.,
ZIMMER, INC., and ZIMMER US, INC.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 2:09-CV-258, Judge T. John Ward.

ON PETITION FOR WRIT OF MANDAMUS

O R D E R

Zimmer Holdings, Inc. et al. submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its March 8, 2010 order denying their motion to transfer venue and to direct the Texas district court to transfer the case to the United States District Court for the Northern District of Indiana.

Upon consideration thereof,

IT IS ORDERED THAT:

MedIdea, LLC is directed to respond no later than May 10, 2010.

FOR THE COURT

APR 2 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Bryan S. Hales, Esq.
Andrew T. Gorham, Esq.
Clerk, United States District Court for the Eastern District of Texas
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 7 2010

JAN HORBALY
CLERK